

# LITE DEPALMA GREENBERG, LLC

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL.: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

## ORDER ON ORAL MOTION

September 10, 2010

**VIA FACSIMILE**
Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
M.L. King, Jr., Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**SO ORDERED**

s/Claire C. Cecchi
Claire C. Cecchi, U.S.M.J.

Date: September 10, 2010

Re: *Teva Women's Health, Inc. v. Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc.*
Civil Action No. 10-2061 (WHW)(CCC)

Dear Judge Cecchi:

This firm, together with Kirkland & Ellis LLP, represents Plaintiff Teva Women's Health, Inc., in the above-referenced matter. We write on behalf of Plaintiff and Defendants to request that Your Honor adjourn the initial scheduling conference, currently scheduled for September 16, 2010, for approximately two weeks. The parties jointly request this brief adjournment because they have been discussing a stipulation to stay this action pending resolution of an appeal to the Federal Circuit of a related action (Appeal No. 2010-1419), namely, *Duramed Pharmaceuticals, Inc. v. Paddock Laboratories, Inc.* (Case No. 09-cv-1905(LBS)(AJP)), which involves the patent-in-suit in this action. The parties believe that an additional two weeks may be sufficient for them to agree to the terms of such a stipulation, thus rendering further proceedings in this Court unnecessary at this time. Should the Court agree that the requested adjournment is appropriate, we ask that you kindly so order this letter and advise counsel of a new date for the conference.

Thank you for your consideration of this request. Of course, counsel are available to discuss this matter further at the Court's convenience.

Respectfully,

Michael E. Patunas

MEP:cmp

The in-person initial scheduling conference set for September 16, 2010 is hereby adjourned. By September 30, 2010, the parties shall advise the undersigned in writing as to whether they have agreed to stay this matter.

cc: All Counsel of Record (via e-mail)