**LITE DEPALMA GREENBERG, LLC**
Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

Michael E. Patunas
mpatunas@litedepalma.com

**VIA ECF**
Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

September 30, 2010

Re: *Teva Women's Health Inc., v. Watson Laboratories, Inc., et al.*,
Civil Action No. 10-cv-02061 (WHW) (CCC)

Dear Judge Cecchi:

This firm, together with Kirkland & Ellis LLP, represents Plaintiff, Teva Women's Health, Inc., in the above-referenced matter. We write on behalf of both Plaintiff and Defendants, pursuant to Order D.I. 19, to advise the Court on the status of the parties' negotiation concerning a possible stay of this matter pending resolution of an appeal to the Federal Circuit of a related action (Appeal No. 2010-1419).

As Your Honor is aware, we wrote to Your Honor on September 10, 2010. In that letter, we jointly requested that the initial scheduling conference originally set for September 16, 2010, be adjourned because of the ongoing discussions between the parties regarding a proposed stipulation to stay this action. The parties have continued to discuss the terms of a stipulation for such a stay, and Teva Women's Health recently provided Defendants with additional proposed edits to the draft stipulation on September 28, 2010. The parties have not yet been able to finalize the language of the stipulation. The parties believe that an additional two weeks will either yield an agreed stipulation, thus rendering further proceedings in this Court unnecessary at this time, or will render it apparent that agreement is not likely. Accordingly, the parties jointly request that the Court set a date of October 15, 2010, for the parties to advise the Court as to whether they have agreed to a stay in this matter.

Thank you for your consideration of this request. Counsel are available to discuss this matter further, if desired, at the Court's convenience.

        Respectfully,

        */s/ Michael E. Patunas*

cc:    All Counsel of Record (via e-mail)